UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FELIX DELLOMES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. C14-425-JLR

ORDER DISMISSING CASE

The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 8th day of December, 2014.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING CASE
PAGE - 1